## 31911. CHRISTIAN et al. v. ATLANTA ARMY DEPOT FEDERAL CREDIT UNION.

UNDERCOFLER, Presiding Justice.

After full consideration of this case, it appears that the application for writ of certiorari was improvidently granted and accordingly is dismissed.

*Dismissed. Nichols, C. J., Hall and Hill, JJ., concur. Jordan and Ingram, JJ., dissent.*

ARGUED MARCH 14, 1977 — DECIDED APRIL 6, 1977.

*Steven Gottlieb, John A. Chandler,* for appellants.
*Talley Kirkland,* for appellee.